JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Case No.  CV 15-08795-AB (SSx) |
| Martin Vogel | |
|       Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Meng Lin Zhang | |
|       Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 18, 2016  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.